NUMBER 13-07-217-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________ 


ANGEL GOMEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________ 


On appeal from the 28th District Court 


of Nueces County, Texas.


_______________________________________________________ 


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, ANGEL GOMEZ, perfected an appeal from a judgment entered by the 
28th District Court of Nueces County, Texas, in cause number 07-925-A. Appellant
has filed a motion to dismiss the appeal. The motion complies with Tex. R. App. P.
42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 23rd day of August, 2007.